# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE STOCKSTILL,<br><br>    Plaintiff,<br><br>v.<br><br>FRESNO DEPARTMENT OF SOCIAL SERVICES, et al.,<br><br>    Defendants. | Case No. 1:19-cv-00889-AWI-SKO<br><br>**ORDER DIRECTING PLAINTIFF TO PAY THE $400 FILING FEE OR SUBMIT A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN 30 DAYS OF SERVICE OF THIS ORDER** |

Plaintiff Jackie Stockstill ("Plaintiff") is proceeding pro se in this action. Plaintiff has neither paid the $400 filing fee, nor submitted an application to proceed in forma pauperis pursuant to Title 28 of the United States Code section 1915.

Accordingly, IT IS HEREBY ORDERED that:

**Within thirty (30) days of the date of service of this order**, Plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or, in the alternative, he shall pay the $400 filing fee for this action. No requests for extension will be granted without a showing of good cause. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated: **July 1, 2019**                   /s/ *Sheila K. Oberto*
                                                                         UNITED STATES MAGISTRATE JUDGE