# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACKIE STOCKSTILL, | Case No. 1:19-cv-00889-AWI-SKO |
| Plaintiff, | **ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATIONS FOR EXTENSION OF TIME** |
| v. | (Docs. 19, 21) |
| FRESNO DEPARTMENT OF SOCIAL SERVICES, et al., | |
| Defendants. | |

## ORDER

On June 28, 2019, Plaintiff Jackie Stockstill, proceeding *pro se*, filed a complaint against Defendants alleging multiple causes of action relating to her daughter receiving substandard medical treatment for a staph infection at her elementary school. (Doc. 1.) On August 1, 2019, Plaintiff filed a first amended complaint. (Doc. 10.) The first amended complaint was served on Defendants Fresno Department of Social Services and Baz Allergy, Asthma & Sinus Center on August 5, 2019, making their answers due by August 26, 2019. (*See* Doc. 13.) On August 22 and August 23, 2019, respectively, Defendants Fresno Department of Social Services and Baz Allergy, Asthma & Sinus Center filed *ex parte* applications for extensions of time of 30 days to respond to the first amended complaint. (Docs. 19, 21.)

///
///
///
///

For good cause shown, and having attempted but failed to obtain a stipulation from Plaintiff (*see* Local Rule 144(c)), the Court GRANTS the requests. Accordingly, by no later than **September 25, 2019**, Defendants Fresno Department of Social Services and Baz Allergy, Asthma & Sinus Center shall respond to the first amended complaint.

IT IS SO ORDERED.

Dated: **August 26, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE